## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4768                     Assigned/Issued By: j. n.

Judge Name: zagel                         Designated Magistrate Judge: schenkier

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00

              [ ] IFP         [ ] No Fee      [ ] Other _____

              [ ] $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                          Receipt #: 3041044

Date Payment Rec'd: 8-21-08               Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           *(Victim, Against and $ Amount)*

[ ] Citation to Discover Assets            [ ] Other

[ ] Writ _____                _____
      *(Type of Writ)*                   _____
                                           *(Type of issuance)*

2 ____ Original and 0 _____ copies on 8-21-08 _____ as to defendants _____
                                    *(Date)*